UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NIKOLAS K. KALLAS,

      Plaintiff,

      v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

_____/

Case No. 20-11401

Hon. George Caram Steeh

## ORDER ACCEPTING REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 24), AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 21)

On September 29, 2021, Magistrate Judge Patricia T. Morris issued a report and recommendation proposing that the court grant Defendant's motion for summary judgment and deny Plaintiff's motion for summary judgment. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

-1-

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Morris's thorough analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Morris's report and recommendation (ECF No. 32) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment (ECF No. 24) is GRANTED and Plaintiff's motion for summary judgment (ECF No. 21) is DENIED.

Dated:  October 21, 2021

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 21, 2021, by electronic and/or ordinary mail and also on Nikolas K. Kallas, 35339 23 Mile Rd.. Unit No. 446, New Baltimore, MI 48047.

s/Brianna Sauve
Deputy Clerk

---